IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.M., JR., a minor, by and through his parents, Mr. and Mrs. J.M., Sr., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 16-0280-CG-B |
| SELMA CITY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated November 16, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 1st day of December, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE