IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.M., JR., a minor, by and through his parents, Mr. and Mrs. J.M., Sr., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 16-0280-CG-B |
| SELMA CITY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendants and against Plaintiff. The claims against Defendants are **DISMISSED**.

**DONE and ORDERED** this 1st day of December, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE